# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOANNE C. TAYLOR　　　　　　　　　　　　　　　　　　Case Number: 07-71718
2680 RUDEEN CLOSE #13
ROCKFORD, IL  61108　　　　　SSN-xxx-xx-6261

　　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:　　7/19/2007
　　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:
　　　　　　　　　　　　　U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,090.32　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 776.72 | 0.00 |
| | Total Legal | 2,000.00 | 2,000.00 | 776.72 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 5,218.10 | 5,218.10 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 5,218.10 | 5,218.10 | 0.00 | 0.00 |
| 999 | JOANNE C. TAYLOR | 0.00 | 0.00 | 259.60 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 259.60 | 0.00 |
| 001 | HEIGHTS FINANCE | 2,440.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 2,440.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE | 5,203.41 | 5,203.41 | 0.00 | 0.00 |
| 003 | PMH FINANCIAL, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 322.61 | 322.61 | 0.00 | 0.00 |
| 006 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACB AMERICAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMOCO / BP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASPIRE VISA | 1,341.57 | 1,341.57 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 380.23 | 380.23 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 330.23 | 330.23 | 0.00 | 0.00 |
| 015 | GEM SUBURBAN MOBILE HOME PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL RECOVERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | B-REAL LLC | 786.86 | 786.86 | 0.00 | 0.00 |
| 020 | NICOR GAS | 202.40 | 202.40 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD CARDIOLOGY ASSOCIATES | 29.00 | 29.00 | 0.00 | 0.00 |
| 025 | DONALD TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PREMIER BANKCARD/CHARTER | 392.13 | 392.13 | 0.00 | 0.00 |
| | Total Unsecured | 8,988.44 | 8,988.44 | 0.00 | 0.00 |
| | Grand Total: | 18,646.54 | 16,206.54 | 1,036.32 | 0.00 |

Total Paid Claimant:　　　　$1,036.32
Trustee Allowance:　　　　　$54.00　　　　　Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:　　　　0.00　　　　discharging the trustee and the trustee's surety from any and all
　　　　　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,
　　　　　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby
　　　　　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008　　　　　By  /s/Heather M. Fagan